UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN MEJIA,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 20cr10280<br><br>Violation:<br><br>Count One: Possession with Intent to Distribute<br>40 grams or more of Fentanyl<br>(21 U.S.C. § 841(a)(1))<br><br>Drug Forfeiture Allegation<br>(21 U.S.C. § 853) |

INFORMATION

COUNT ONE
Possession with Intent to Distribute
40 grams or more of Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § 2)

The United States Attorney charges:

On or about July 1, 2019, in Revere, in the District of Massachusetts, the defendant,

STEVEN MEJIA,

did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture

and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl]

propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi), and

Title 18, United States Code, Section 2.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The United States Attorney further alleges:

Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 841 and 846 and Title 18, United States Code, Section 2, set forth in Count One , the defendant,

STEVEN MEJIA,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense(s); and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

If any of the property described above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants --

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

ANDREW E. LELLING
United States Attorney


 */s/ Michael Crowley*
MICHAEL J. CROWLEY
Assistant United States Attorney
Date: November 17, 2020